UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DUAN OU AND LIAN RONG YANG, *Parents and Natural Guardians on behalf of* A.O., a minor <br><br> Plaintiffs, <br><br> v. <br><br> FOUNDATIONS BEHAVIORAL HEALTH <br><br> Defendant. | : <br> : NO. 2:24-cv-05954 <br> : <br> : **JURY TRIAL DEMANDED** |

## ORDER

AND NOW, this 27th day of March, 2025, upon consideration of the Motion to Dismiss (Dkt. #12, the "Motion") filed by Defendant, UHS of Doylestown, LLC d/b/a Foundations Behavioral Health *(incorrectly identified as "Foundations Behavioral Health" only)*, it is hereby ORDERED that the Motion is GRANTED, IN PART. It is FURTHER ORDERED that any and all individual claims asserted by Plaintiffs, Duan Ou and Lian Rong Yang are DISMISSED WITH PREJUDICE. The Motion is DENIED in all other respects. As the Complaint remains as to A.O., individually, Defendant is directed to timely file an Answer to Plaintiff's Amended Complaint.

BY THE COURT:

_____
GAIL A. WEILHEIMER    J.