## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| DUAN OU, ET. AL, | : | |
| Plaintiffs, | : | |
| | : | NO. 2:24-cv-05954 |
| v. | : | |
| | : | |
| FOUNDATIONS BEHAVIORAL | : | |
| HEALTH, | : | |
| | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this 23rd day of April, 2026, upon consideration of Plaintiffs' Motion for Reconsideration (Dkt. 53), Defendant's Response thereto (Dkt. 54), Defendant's Supplemental Brief in Opposition (Dkt. 59), Plaintiffs' Brief in Response (Dkt. 60), and following *in camera* review of the two documents in question, it is hereby **ORDERED** that the Motion of Reconsideration is **GRANTED**. The Incident Report for Incident Date of January 7, 2016 (Bates-labeled FBH000205–FBH000206) and the Incident Report for Incident Date of September 21, 2018 (Bates-labeled FBH000207–FBH000208) are therefore discoverable, and Defendant shall provide the documents within **7 days** of the date of this Order.

BY THE COURT:

GAIL WEILHEIMER, J.